UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED SEP 19 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OSCAR FERNANDEZ (2)

Defendant.

Case No. 17CR2558-BAS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21:841(a)(1) – Possession of Methamphetamine with Intent to Distribute

IT IS THEREFORE ORDERED AND ADJUDGED that the Information in this case is hereby dismissed without prejudice and the defendant is hereby discharged as to this case only.

Dated: 9/17/2018

HONORABLE CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE